

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2015

No. 04-14-00635-CV

**STATE** of Texas on behalf of the Criminal District Attorney for Bexar County, Jonathan
Watkins, and Thomas Velez, all in their official capacities,
Appellants

v.

Stephen F. **BROWN** Jr,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05810
Honorable Solomon Casseb III, Judge Presiding

**ORDER**

 In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK
OF JURISDICTION.

 We ORDER that each party bear his own costs of this appeal.

 It is so **ORDERED** on February 4, 2015.

_____
Luz Elena D. Chapa, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 4th day of February 4, 2015.

_____
Keith E. Hottle, Clerk